JOHN IRLBACKER et al., Respondents, *v.* PHILIP W. ROTH, Appellant.

*Irlbacker* v. *Roth,* 25 App. Div. 290, appeal dismissed.
(Submitted April 18, 1898 ; decided May 3, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 14, 1898, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that no question of law was raised in the action and that the Appellate Division unanimously decided that there was evidence supporting and tending to sustain the findings of fact of the referee.

*Warren F. Miller* for motion.

*Shea & Jellinek* opposed.

Motion granted, with costs.

---

In the Matter of the Application of THE EDISON ELECTRIC ILLUMINATING COMPANY of Brooklyn, Respondent and Appellant, *v.* THE COMMON COUNCIL OF THE CITY OF BROOKLYN, Appellant and Respondent.

*Matter of Edison El. Illuminating Co.,* 22 App. Div. 371, affirmed.
(Argued April 18, 1898; decided May 3, 1898.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 3, 1897, affirming an order of the County Court of Kings county directing the common council of the city of Brooklyn to refund to the petitioner the aggregate of taxes upon personal property paid by petitioner for state purposes during the years 1892, 1893 and 1894.

*Almet F. Jenks* for the common council.

*Edward S. Peck* for petitioner.

Order affirmed on opinion below, with costs.
All concur.